AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Western District of Michigan** on the following

☐ Trademarks or  ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:25-cv-644 | DATE FILED<br>6/10/2025 | U.S. DISTRICT COURT<br>Western District of Michigan |
|---|---|---|
| PLAINTIFF<br>Go Fan Yourself, LLC | | DEFENDANT<br>UV Partners, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | '857 | 3/5/2019 | Go Fan Yourself, LLC |
| 2 | '141 | 6/11/2019 | Go Fan Yourself, LLC |
| 3 | '026 | 6/2/2020 | Go Fan Yourself, LLC |
| 4 | '223 | 6/8/2021 | Go Fan Yourself, LLC |
| 5 | '336 | 2/22/2022 | Go Fan Yourself, LLC |
| 6 | '573 | 2/22/2022 | Go Fan Yourself, LLC |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Clerk of Court | (BY) DEPUTY CLERK<br>/s/ N. Stimec | DATE<br>June 11, 2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**

Continued on Page 2